

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

Paul T. Curl
Curl & Stahl, A Professional Corporation
700 North St. Mary's Street, Suite 1800
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Royal B. Lea III
Bigham & Lea P.C.
319 Maverick St
San Antonio, TX 78212-4637
* DELIVERED VIA E-MAIL *

Philip M. Ross
Attorney At Law
1006 Holbrook Road
San Antonio, TX 78218
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00734-CV
         Trial Court Case Number:    2013-CI-17001
         Style:                Sandra Saks, Lee Nick McFadin, III, and Margaret Landen
                             Saks   v. Broadway Coffeehouse LLC

Dear Counsel:

      The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Tuesday, September 8, 2015, before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa.

                                  Very truly yours,
                                  KEITH E. HOTTLE, CLERK

                                  Cynthia A. Martinez
                                  Deputy Clerk, Ext. 53853